# United States District Court
# Eastern District of California

Sean Barzan

Plaintiff(s)

V.

Summit Line Construction, Inc.

Defendant(s)

Case Number: 2:25-cv-03386-TLN-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alexander J Debruge hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Summit Line Construction, Inc.

On 10/16/2023 (date), I was admitted to practice and presently in good standing in the Supreme Court of Louisiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/14/2026 Signature of Applicant: /s/ Alexander J Debruge

**Pro Hac Vice Attorney**

Applicant's Name: Alexander J Debruge

Law Firm Name: The Kullman Firm

Address: 1100 Poydras St., Suite 1600

City: New Orleans State: LA Zip: 70163

Phone Number w/Area Code: (504) 424-4162

City and State of Residence: New Orleans LA

Primary E-mail Address: ajd@kullmanlaw.com

Secondary E-mail Address: adebruge@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Heather D. Hearne

Law Firm Name: The Kullman Firm

Address: 10233 South Parker Rd., Suite 300

City: Parker State: CO Zip: 80134

Phone Number w/Area Code: (720) 447-6628 Bar # 254496

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 16, 2026

JUDGE, U.S. DISTRICT COURT

**United States of America**

**State of Louisiana**

# Supreme Court of the State of Louisiana

**I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that**

***ALEXANDER JOSEPH DEBRUGE ESQ., #40752***

**was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 16th Day of October, 2023 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.**

**IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 17th Day of April, 2026, A.D.**

Veronica Odinet Koclanes

**Clerk of Court**
**Supreme Court of Louisiana**